# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CURTIS SWAYZE,<br><br>    Defendant. | No. CR02-0060-LRR<br>No. C05-0009-LRR<br><br>ORDER |

This matter comes before the court pursuant to its order dated May 15, 2006. In that order, the court directed the government to submit additional materials relating to the action or steps, if any, that Ms. Lilledahl took to determine whether the defendant's prior convictions met the requirements of U.S.S.G. § 4A1.2(e) and/or the requirements of U.S.S.G. § 4B1.1. The government attempted to comply with the courts order by filing letters that it sent to Ms. Lilledahl. This is not the additional materials that the court requested. Stated differently, the ineffective assistance of counsel claims do not pertain to the government's conduct; rather, they pertain to Ms. Lilledahl's conduct. If she took no steps (e.g., she did not review the documents the government sent to her) to determine whether the defendant's prior convictions met the requirements of U.S.S.G. § 4A1.2(e) and/or the requirements of U.S.S.G. § 4B1.1, then she might have provided ineffective assistance. The government is encouraged to review Rule 7(b) of the Rules Governing Section 2255 Proceedings and to contact Ms. Lilledahl. Further, the government is directed to expand the record pursuant to Rule 7 of the Rules Governing Section 2255 Proceedings by no later than June 15, 2006. The defendant is directed to file a response, if he so chooses, by June 29, 2006. In the event that the government is unable to comply

with this order, the government is directed to inform the court that an evidentiary hearing is warranted.

**IT IS SO ORDERED**.

**DATED** this 8th day of June, 2006.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA